Case 1:08-cv-00162-LJO-GSA   Document 9   Filed 09/29/08   Page 1 of 2

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD ROBERTS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONAL OFFICER SALANO, et al.,<br><br>　　　　　　Defendants. | CASE NO. 1:08-cv-00162-LJO-GSA PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff James Edward Roberts ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 31, 2008. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states a cognizable claim against Defendant Salano for violating Plaintiff's right to informational privacy under the Due Process Clause.[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

　　1.　　Service is appropriate for the following defendant:

　　　　　　C/O SALANO

///

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that Plaintiff's Eighth Amendment claim, to the extent one is alleged, and Defendant Martinez be dismissed from this action.

1

2.     The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed January 31, 2008.

3.     Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a.     One completed summons;

    b.     One completed USM-285 form; and

    c.     Two (2) copies of the endorsed complaint filed January 31, 2008.

4.     Plaintiff need not attempt service on the defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.     <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**    **September 25, 2008**            **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE