# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD ROBERTS,<br><br>          Plaintiff,<br><br>   v.<br><br>CORRECTIONAL OFFICER SALANO, et al.,<br><br>          Defendants.<br>_____ / | CASE NO. 1:08-cv-00162-LJO-GSA PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPY OF DOCKET IN RESPONSE TO MOTION<br><br>(Doc. 12) |

     In response to Plaintiff's October 7, 2008 motion for verification that the Court received his previously filed notice to proceed only on his cognizable privacy right claim and motion for counsel, the Clerk's Office is HEREBY DIRECTED to send Plaintiff a copy of the docket in this action.

     IT IS SO ORDERED.

     Dated:   **October 9, 2008**              **/s/ Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE