# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD ROBERTS, | CASE NO. 1:08-cv-00162-LJO-GSA PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING EIGHTH AMENDMENT CLAIM AND DEFENDANT MARTINEZ FROM ACTION |
| v. | |
| CORRECTIONAL OFFICER SALANO, et al., | (Docs. 1 and 10) |
| Defendants. | |

Plaintiff James Edward Roberts ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 29, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice that any objection was to be filed within fifteen days. On October 14, 2008, Plaintiff filed an Objection.

Plaintiff's claims arise from an incident at California State Prison-Corcoran on August 11, 2007, in which Defendant Salano disclosed Plaintiff's private medical condition to another inmate. Plaintiff alleges that Defendant Martinez, who was the building supervisor, allegedly failed to hold his officer accountable for his conduct. The Magistrate Judge found Plaintiff's due process claim against Defendant Salano cognizable, but found the complaint does not state a cognizable Eighth Amendment claim and does not state a cognizable claim against Defendant Martinez. Plaintiff opted

///

not to file an amended complaint, and the Magistrate Judge thereafter recommended dismissal of the Eighth Amendment claim and Defendant Martinez.

Plaintiff does not object to the dismissal of his Eighth Amendment claim or Defendant Martinez for failure to state a claim. Plaintiff's concern is that he not be precluded from being able to raise Defendant Martinez's actions with respect to exhaustion of his inmate appeal, which is required by 42 U.S.C. § 1997e(a). Should Defendant Salano file a motion to dismiss for failure to exhaust, the dismissal of Defendant Martinez from this action does not preclude Plaintiff from opposing the motion to dismiss by arguing that he was prevented from exhausting by Defendant Martinez.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 29, 2008, is adopted in full;
2. This action shall proceed on Plaintiff's complaint, filed January 31, 2008, against Defendant Salano for violating Plaintiff's right to informational privacy under the Due Process Clause;
3. Plaintiff's Eighth Amendment claim, to the extent one is alleged, is dismissed with prejudice for failure to state a claim; and
4. Defendant Martinez is dismissed from this action based on Plaintiff's failure to state a claim against him.

IT IS SO ORDERED.

**Dated:   October 20, 2008**          /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE