IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD ROBERTS, | 1:08-cv-00162-LJO-GSA (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT SALANO'S FIRST MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING |
| vs. | |
| SALANO, | (DOCUMENT #20) |
| Defendant. | DEADLINE: JANUARY 23, 2009 |
| _____/ | |

On January 9, 2009, Defendant Salano filed a motion to extend time to file a responsive pleading. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendant Salano is granted an extension of time, to and including January 23, 2009, in which to file a responsive pleading.

IT IS SO ORDERED.

**Dated:   January 13, 2009**           **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE