1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD ROBERTS, | CASE NO. 1:08-cv-00162-LJO-GSA PC |
| Plaintiff, | ORDER GRANTING MOTION, AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF A COPY OF THE DOCKET |
| v. | |
| CORRECTIONAL OFFICER SALANO, | (Doc. 22) |
| Defendant. | |
| _____/ | |

Plaintiff James Edward Roberts ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 20, 2009, Plaintiff filed a motion seeking an order or other verification that he has a pending civil action.

Plaintiff's motion is HEREBY GRANTED, and the Clerk's Office is DIRECTED to send Plaintiff a copy of the docket in this action.

IT IS SO ORDERED.

Dated:    **January 23, 2009**                    _____**/s/ Gary S. Austin**_____
                                                                UNITED STATES MAGISTRATE JUDGE

1