IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD ROBERTS, | 1:08-cv-00162-LJO-GSA (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE |
| vs. | OPPOSITION TO MOTION TO DISMISS |
| CORRECTION OFFICER SALANO, | (DOCUMENT #26) |
| Defendant. | THIRTY-DAY DEADLINE |
| _____/ | |

On February 10, 2009, plaintiff filed a motion to extend time to file an opposition to defendant's motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file an opposition to the motion to dismiss.

IT IS SO ORDERED.

Dated:   February 13, 2009            /s/ Gary S. Austin
                                 UNITED STATES MAGISTRATE JUDGE