# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD ROBERTS, | CASE NO. 1:08-cv-00162-LJO-GSA PC |
| Plaintiff, | ORDER DENYING DISCOVERY MOTION AS PREMATURE |
| v. | (Doc. 31) |
| CORRECTIONAL OFFICER SALANO, | |
| Defendant. | |

Plaintiff James Edward Roberts is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 26, 2009, Plaintiff filed a motion seeking the production of Defendant's personnel file.

Plaintiff's discovery motion is premature. Discovery will not commence until it is opened by court order following the filing of an answer. Plaintiff is directed to review the First Informational Order at paragraph 8.

Plaintiff's motion is HEREBY ORDERED DENIED as premature.

IT IS SO ORDERED.

Dated: **May 27, 2009**         /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE