# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARDS ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER SALANO, et al.,<br><br>Defendants.<br>_____/ | 1:08-cv-00162-LJO-GSA-PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT SALANO'S MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS<br><br>(Doc. 79.) |

On August 10, 2011, Defendant Solano filed a motion for summary judgment. (Doc. 79.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 230(l).

Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to Defendant Solano's motion for summary judgment. If Plaintiff fails to comply with this order, this action will be dismissed, with prejudice, for failure to obey the Court's order and failure to prosecute.

IT IS SO ORDERED.

Dated: **December 14, 2011**              /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE